UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA HASSEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | CASE NO. C17-0386-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to stay proceedings (Dkt. No. 17). The parties inform the Court that they have agreed on a settlement. (*Id.*) The parties jointly request that all case deadlines in this matter be stayed pending the filing of a notice of settlement and joint dismissal within sixty (60) days. (*Id.*) The motion is GRANTED. All case deadlines are stayed in this matter.

DATED this 15th day of December 2017.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk